UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stephanie K. Duncan,
Michael A. Schramel,
Paul M. Lockwood,
Keith A. Berard, and
Steven G. Isaacson,

Petitioners,

v.

The Honorable Skipper Pearson,
Judge of Stearns County,

Respondent.

Civil No. 00-2134 (MJD/SRN)

**MOTION AND ORDER ALLOWING RESPONDENT ADDITIONAL TIME TO RESPOND TO PETITION FOR WRIT**

---

**MOTION**

The undersigned moves the Court for an order allowing Respondent an additional ~~30~~ 50 days to make a return in writing to the petition for a writ of habeas corpus filed in the above-captioned matter.

Dated: October 4, 2000

Respectfully submitted,

Daniel A. Benson, Reg. No. 209120
Assistant Stearns County Attorney
Administration Center, RM 448
705 Courthouse Square
St. Cloud, MN 56303
(320) 656-3880

FILED OCT 13 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing motion, and all of the files, records, and proceedings herein, IT IS HEREBY **ORDERED**:

That within ~~50~~ 40 days after September 29, 2000, Respondent shall file a written return to Petitioners' application for a writ of habeas corpus consistent with the terms of the Court's order

of September 29, 2000, or, in the alternative, a motion to dismiss the petition on the grounds that he is not a proper party to respond to the petition.

Dated: October 12, 2000

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge