# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephanie K. Duncan
Paul Martin Lockwood
Michael Albert Schramel
Steven Gary Isaacson
Keith Alan Berard

Case No. Civil 00-2134 MJD/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

The Honorable Skipper J. Pearson,
Judge of Stearns County

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the petition for habeas corpus relief is hereby dismissed as moot.

DATE: September 21, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk